# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE

Case No: 3:19-CR-220                                    Date:  June 21, 2021

United States of America          vs.          Darren Payne

**PROCEEDINGS:  Change of Plea.**  The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged.

---

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

---

| Julie Norwood | Kara Nagorny | Scott Queener |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Cynthia Davidson | Tyler M. Caviness |
|---|---|
| **Asst. U.S. Attorney** | **Attorney for Defendant** |

- Defendant waives reading of Indictment
- Defendant Pleads guilty to count(s) 1 and 2 of the Superseding Indictment
- Referred for Presentence Investigative Report.

DATE SET:    **Sentencing:**  February 24, 2022 @ 2:00 p.m.

**Before** the Honorable Thomas A. Varlan, United States District Judge

- Defendant remanded into the custody of the U.S. Marshal

3:45 p.m. to 4:05 p.m.